**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
YOLANDA YOUNG,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     Civil Action No. 09-464 (RBW)
                                        )
COVINGTON & BURLING, LLP, <u>et al.</u>, )
                                        )
          Defendants.                   )
_____)

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss Counts II and VII Under Fed. R.

Civ. P. 12(b)(6) is **GRANTED IN PART** and **DENIED IN PART**.  Specifically, the component

of Count II based on the theory that Covington's non-promotion policy is discriminatory is

dismissed as time-barred.  Additionally, Count VII of the amended complaint, which asserts a

claim of negligent supervision, is dismissed.  However, the motion is denied as to the component

of Count II which asserts a disparate impact claim based on the theory that Covington's job-

assignment policy was racially discriminatory.

**SO ORDERED** this 28th day of January, 2010.

                              _____/s/_____
                              Reggie B. Walton
                              United States District Judge